UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NUMBER: 6:22-cv-01611

GLOBAL PROCUREMENT )
SOLUTION, INC., and )
CHARLES FOWLER, )
)
    Plaintiffs, )
)
v. )
)
ANGELA DUBIS, )
)
    Defendant. )
)
)

## NOTICE OF A RELATED ACTION

Under Local Rule 1.07(c) I certify that the above-captioned case:

☐   **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒   **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Respectfully submitted this 17th day of November, 2022.

                                  */s/ Sheena A. Thakrar*
                                  SHEENA A. THAKRAR (FL Bar #871141)
                                  Email: sthakrar@burr.com
                                  Secondary Email: echaves@burr.com
                                  Secondary Email: mjett@burr.com
                                  BURR & FORMAN LLP
                                  200 S. Orange Avenue, Suite 800
                                  Orlando, Florida 32801
                                  Telephone: (407) 540-6600

Benjamin E. Nicholson, V (SC Bar # 10137)
(Pro Hac Vice admittance pending)
Email:  nnicholson@burr.com
BURR & FORMAN LLP
1221 Main St., Suite 1800 (29201)
P.O. Box 11390 (29211)
Columbia, South Carolina
Telephone: (803) 799-9800
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of November, 2022, a true and correct copy of the foregoing was filed via the CM/ECF system, which will provide electronic notice of the filing to all counsel of record.  **A true and correct copy of the foregoing is being provided via U.S. Mail delivery to:**

**Angela Dubis**
6309 Caminito Andreta
San Diego, CA 92111

*/s/ Sheena A. Thakrar*
SHEENA A. THAKRAR (FL Bar #871141)
Email: sthakrar@burr.com
Secondary Email: echaves@burr.com
Secondary Email: mjett@burr.com
BURR & FORMAN LLP
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6600

Benjamin E. Nicholson, V (SC Bar # 10137)
(Pro Hac Vice admittance pending)
Email:  nnicholson@burr.com
BURR & FORMAN LLP
1221 Main St., Suite 1800 (29201)
P.O. Box 11390 (29211)
Columbia, South Carolina
Telephone: (803) 799-9800
*Counsel for Plaintiffs*

49452321 v1