UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NUMBER: 6:22-cv-01611

GLOBAL PROCUREMENT )
SOLUTION, INC., and )
CHARLES FOWLER, )
)
    Plaintiffs, )
)
v. )
)
ANGELA DUBIS, )
)
    Defendant. )
)
)

**<u>PLAINTIFFS</u>**
**<u>GLOBAL PROCUREMENT SOLUTIONS, INC.'S AND CHARLES FOWLER'S</u>**
**<u>DISCLOSURE STATEMENT</u>**

Plaintiffs Global Procurement Solutions, Inc. and Charles Fowler, by counsel, disclose the following pursuant to Local Rule 3.03.

1.    The name of each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

| Global Procurement Solution, Inc. | Plaintiff |
|---|---|
| Charles Fowler | Plaintiff |
| Sheena A. Thakrar | Plaintiffs' Counsel |
| Benjamin E. Nicholson, V | Plaintiffs' Counsel |

49452734 v1

| Burr & Forman LLP | Plaintiffs' Counsel |
|---|---|
| Angela Dubis | Defendant |

2. The name of every other entity whose publicly-traded shares or debt may potentially be affected by the outcome of the proceedings:

None.

3. The name of each other entity to actively participate in the proceedings, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

None.

4. Each person arguably entitled to restitution:

None.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted,

*/s/ Sheena A. Thakrar*
SHEENA A. THAKRAR (FL Bar #871141)
Email: sthakrar@burr.com
Secondary Email: echaves@burr.com
Secondary Email: mjett@burr.com
BURR & FORMAN LLP
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6600

Benjamin E. Nicholson, V (SC Bar # 10137)
(Pro Hac Vice admittance pending)
Email: nnicholson@burr.com

BURR & FORMAN LLP
1221 Main St., Suite 1800 (29201)
P.O. Box 11390 (29211)
Columbia, South Carolina
Telephone: (803) 799-9800
*Counsel for Plaintiffs Global Procurement Solution, Inc. and Charles Fowler*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of November, 2022, a true and correct copy of the foregoing was filed via the CM/ECF system, which will provide electronic notice of the filing to all counsel of record. **A true and correct copy of the foregoing is being provided via U.S. Mail delivery to:**

**Angela Dubis**
6309 Caminito Andreta
San Diego, CA 92111

                                        */s/ Sheena A. Thakrar*
                                        SHEENA A. THAKRAR (FL Bar #871141)