UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NUMBER: 6:22-cv-01611

GLOBAL PROCUREMENT )
SOLUTION, INC., and )
CHARLES FOWLER, )
      Plaintiffs, )
v. )
ANGELA DUBIS, )
      Defendant. )

**NOTICE OF FILING RETURN OF SERVICE OF PROCESS**

Plaintiffs Global Procurement Solutions, Inc. and Charles Fowler, by and through their undersigned counsel, hereby file the Affidavit of Service on Defendant Angela Dubis, served on November 7, 2022, a true and correct copy of which is attached hereto as Exhibit A.

*/s/ Sheena A. Thakrar*
SHEENA A. THAKRAR (FL Bar #871141)
Email: sthakrar@burr.com
Secondary Email: echaves@burr.com
Secondary Email: mjett@burr.com
BURR & FORMAN LLP
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6600

Benjamin E. Nicholson, V (SC Bar # 10137)
(Pro Hac Vice admittance pending)
Email: nnicholson@burr.com
BURR & FORMAN LLP
1221 Main St., Suite 1800 (29201)
P.O. Box 11390 (29211)
Columbia, South Carolina
Telephone: (803) 799-9800
*Counsel for Plaintiffs*

49376588 v1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of November, 2022, a true and correct copy of the foregoing was filed via the CM/ECF system, which will provide electronic notice of the filing to all counsel of record.  **A true and correct copy of the foregoing is being provided via U.S. Mail delivery to:**

**Angela Dubis**
6309 Caminito Andreta
San Diego, CA 92111

/s/ Sheena A. Thakrar
SHEENA A. THAKRAR (FL Bar #871141)
Email: sthakrar@burr.com
Secondary Email: echaves@burr.com
Secondary Email: mjett@burr.com
BURR & FORMAN LLP
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6600

Benjamin E. Nicholson, V (SC Bar # 10137)
(Pro Hac Vice admittance pending)
Email:  nnicholson@burr.com
BURR & FORMAN LLP
1221 Main St., Suite 1800 (29201)
P.O. Box 11390 (29211)
Columbia, South Carolina
Telephone: (803) 799-9800
*Counsel for Plaintiffs*

49376588 v1