AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA

GLOBAL PROCUREMENT SOLUTIONS, INC. and CHARLES FOWLER

*Plaintiff(s)*

v.

ANGELA DUBIS

*Defendant(s)*

Civil Action No. 6:22-CV-01611-WWB-DAB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Angela Dubis
6349 Caminito Andreta
San Diego, CA 92111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: 

Sheena A. Thakrar (FL Bar #871141)
Email: sthakrar@burr.com
Secondary Email: echaves@burr.com and mjett@burr.com
BURR & FORMAN LLP
200 S. Orange Avenue, Suite 800, Orlando, Florida 32801
Telephone: (407) 540-6600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   

Date:  October 17, 2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:22-CV-01611-WWB-DAB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Angela Dubis
was received by me on *(date)* 10/19/22 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Erica Roman
_____, a person of suitable age and discretion who resides there,
on *(date)* 11/7/22 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/9/22

_____
Server's signature

Timothy W. Barrett: Process Server
*Printed name and title*

1516 E. Colonial Drive, Suite 301
Orlando, FL 32803
*Server's address*

Additional information regarding attempted service, etc:

The documents were served at 6309 Caminito Andreta, San Diego, CA 92111. Erica informed me the defendant did live there and that she did as well. I informed her the general nature of the documents.