UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| GLOBAL PROCUREMENT SOLUTION, INC., and CHARLES FOWLER, <br><br> Plaintiffs, <br><br> v. <br><br> ANGELA DUBIS, <br><br> Defendant. | ) CASE NUMBER: 6:22-cv-01611 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' UNOPPOSED MOTION FOR
## SPECIAL ADMISSION OF BENJAMIN E. NICHOLSON, V

Pursuant to Local Rule 2.01(c), Benjamin E. Nicholson, V, Esquire, respectfully moves for special admission to represent Global Procurement Solutions, Inc. and Charles Fowler (collectively "Plaintiffs") in this action. Mr. Nicholson certifies that:

1. I am neither a Florida resident nor a member in good standing of The Florida Bar.

2. I am a member in good standing of a bar of a United States district court; specifically, the District of South Carolina.

3. I have not abused the privilege of special admission by maintaining a regular law practice in Florida. In the last thirty-six months, I have not appeared in any cases in a state or Federal court in Florida.

4. I will comply with federal rules and this Court's local rules.

5. I am familiar with 28 U.S.C. § 1927, which provides:

>Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6. I will pay the $150 fee upon special admission.

7. I will register with the Court's CM/ECF system. Sheena Thakrar, Co-Counsel for the Plaintiffs, has filed this motion in the CM/ECF system on my behalf.

8. I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith

Respectfully submitted this 28th day of November, 2022.

/s/ Benjamin E. Nicholson, V
Benjamin E. Nicholson, V (SC Bar # 10137)
BURR & FORMAN LLP
1221 Main St., Suite 1800 (29201)
P.O. Box 11390 (29211)
Columbia, South Carolina
Email: nnicholson@burr.com
Telephone: (803) 799-9800

**LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), the undersigned certifies that counsel for Plaintiffs conferred with counsel for Defendant on November 23, 2022. Counsel for Defendant stated that she does not oppose the relief sought herein.

/s/ Benjamin E. Nicholson, V

49489381 v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of November, 2022, a true and correct copy of the foregoing was filed via the CM/ECF system, which will provide electronic notice of the filing to counsel of record for the Defendant, Jamie L. White, Esquire, Spire Law, 572 W State Road 426, Suite 2088, Oviedo, FL 32765.

/s/ Sheena A. Thakrar
SHEENA A. THAKRAR (FL Bar #871141)
Email: sthakrar@burr.com
Secondary Email: echaves@burr.com
Secondary Email: mjett@burr.com
BURR & FORMAN LLP
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 540-6600
Counsel for Plaintiffs

49489381 v1