UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GLOBAL PROCUREMENT
SOLUTION, INC. and
CHARLES FOWLER,

    Plaintiffs,

v.                                                                         Case No.: 22-cv-01611-WWB-DAB

ANGELA DUBIS,

    Defendant.
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT[1]**

Defendant Angela Dubis by counsel, hereby discloses the following pursuant to Local Rule 3.03(a):

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that

---

[1] It recently came to Defendant's counsel's attention that Defendant's Certificate of Interested Persons and Corporate Disclosure Statement had been inadvertently overlooked and was not timely filed in this action. Local Rule 3.03. Defendant respectfully requests that the Court forgive this oversight and accept this filing as timely. *See* Fed. R. Civ. P. 6(b)(1)(B).

own 10% of more of a party's stock, and all other identifiable legal entities related to a party:

1. Global Procurement Solution, Inc. – Plaintiff
2. Charles Fowler – Plaintiff
3. Sheena A. Thakrar, Esq. – Counsel for Plaintiffs
4. Benjamin E. Nicholson, V, Esq. – Counsel for Plaintiffs
5. Burr & Forman LLP – Counsel for Plaintiffs
6. Angela Dubis – Defendant
7. Jamie L. White, Esq. – Counsel for Defendants
8. Alyssa Castelli, Esq. – Counsel for Defendants
9. Spire Law, PLLC – Counsel for Defendants

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of these proceedings: **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors) in bankruptcy cases: **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful in these proceedings, including every

person who may be entitled to restitution: **Plaintiffs Global Procurement Solution, Inc. and Charles Fowler and Defendant Angela Dubis.**

5. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated this 29th day of December, 2022.

                Respectfully submitted,

                SPIRE LAW, PLLC
                2572 W. State Road 426, Suite 2088
                Oviedo, Florida 32765

                By: */s/Jamie L. White*
                Jamie L. White, Esq.
                Florida Bar No. 100018
                Alyssa Castelli, Esq.
                Florida Bar No. 1032306
                jamie@spirelawfirm.com
                alyssa@spirelawfirm.com
                marcela@spirelawfirm.com
                filings@spirelawfirm.com
                Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby Certify that on this 29th day of December 2022, the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to Plaintiffs' counsel.

                                        */s/ Jamie White*
                                        Attorney