UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NUMBER: 6:22-cv-01611

| | |
|---|---|
| GLOBAL PROCUREMENT SOLUTION, INC., and CHARLES FOWLER,<br><br>    Plaintiffs,<br><br>v.<br><br>ANGELA DUBIS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE AND DESIGNATION OF LEAD TRIAL COUNSEL FOR PLAINTIFFS

Benjamin E. Nicholson, V, an attorney with the law firm Burr & Forman LLP who has been admitted to practice in this court Pro Hac Vice (Doc. 18), hereby enters his appearance and designation of lead trial counsel of record for Plaintiffs, Global Procurement Solutions, Inc. and Charles Fowler, in the above-styled action.

Respectfully submitted,

*/s/ Benjamin E. Nicholson*
Benjamin E. Nicholson, V (SC Bar # 10137)
Admitted *pro hac vice*
Email: nnicholson@burr.com
BURR & FORMAN LLP
1221 Main St., Suite 1800 (29201)
P.O. Box 11390 (29211)
Columbia, South Carolina
Telephone: (803) 799-9800

>Sheena A. Thakrar (FL Bar #871141)
>Email: sthakrar@burr.com
>Secondary Email: echaves@burr.com
>Secondary Email: mjett@burr.com
>BURR & FORMAN LLP
>200 S. Orange Avenue, Suite 800
>Orlando, Florida 32801
>Telephone: (407) 540-6600
>
>*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of January 2023, the foregoing was electronically filed through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Jamie L. White (jamie@spirelawfirm.com)
Alyssa Castelli (Alyssa@spirelawfirm.com)
Spire Law, PLLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765
Attorneys for Defendant

>*/s/ Benjamin E. Nicholson*
>Benjamin E. Nicholson, V (SC Bar # 10137)
>Admitted *pro hac vice*